UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

————————————————————————

QUANDA E. CAMERON,

                Plaintiff,

      -vs-

R.A.B. PERFORMANCE RECOVERIES, L.L.C.,
COHEN & SLAMOWITZ, LLP.,

                Defendants.

————————————————————————

**SETTLEMENT ORDER**

09-CV-6009L

      The Court having been advised by counsel that the above action has been settled, it is therefore

      ORDERED, that the action and all claims and cross-claims therein are hereby dismissed with prejudice.  Each party must bear its own costs; and it is further

      ORDERED, that if there is a material breach of the terms of settlement, either party, on notice, may move to vacate this dismissal order and restore the case to the calendar.

      IT IS SO ORDERED.

_____
DAVID G. LARIMER
United States District Judge

Dated: Rochester, New York
      March 25, 2009